UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVIA ROBLES,

  Plaintiff,

-vs-

MANASSEH JORDAN MINISTRIES and    CASE NO.: 8:15-CV-789-MSS-TBM
YAKIM MANASSEH JORDAN,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Olivia Robles, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Olivia Robles, and Defendants, Manasseh Jordan Ministries and Yakim Manasseh Jordan, have reached a settlement with regards to this case, and are presently drafting and finalizing the settlement agreement and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

          */s/ Amanda J. Allen*
          AMANDA J. ALLEN, ESQUIRE
          Florida Bar No. 0098228
          MORGAN & MORGAN, TAMPA, P.A.
          One Tampa City Center
          201 N. Franklin Street, Suite 700
          Tampa, FL 33602
          Telephone: (813) 223-5505
          Facsimile: (813) 223-5402
          Primary Email: AAllen@ForThePeople.com
          Secondary: LCrouch@ForThePeople.com
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  12th  day of May, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

ROBERT A SEIBEL, P.A.
3019 EXETER B
BOCA RATON, FL 33434

                                                          */s/ Amanda J. Allen*
                                                          ATTORNEY
                                                          Florida Bar No.: 098228