UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVIA ROBLES,

    Plaintiff,

v.                        Case No: 8:15-cv-789-T-35TBM

MANASSEH JORDAN MINISTRIES and
YAKIM MANASSEH JORDAN,

    Defendants.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On May 12, 2015, the Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case has settled. (Dkt. 8)  Therefore, it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order.  If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order.  The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of May, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party